USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER NO. 63

JESSE M. FURMAN, United States District Judge:

**[Regarding the Identification of Factual Predicates and Legal Claims in Any Individual Economic Loss Complaints that Are Not Included in the Second Amended Consolidated Complaint Pursuant to Order No. 51]**

Pursuant to Order No. 51, Section VII (14-MD-2543 Docket No. 918), Lead Counsel submitted a report on June 12, 2015 that "identified all factual predicates (i.e., alleged defects) and legal claims that are alleged in any individual economic loss complaints that are not included in the amended consolidated complaint." (14-MD-2543 Docket No. 1039). Certain plaintiffs filed objections to Lead Counsel's report, stating that certain plaintiffs' vehicles were indeed included in the vehicles and claims alleged in the Second Amended Consolidated Complaint. (14-MD-2543 Docket No. 1041). At the June 16, 2015 Status Conference, the Court directed Lead Counsel and counsel for Defendants to consider the objections and submit a proposed order with a revised list, if needed. On June 23, 2015, Lead Counsel and counsel for New GM submitted the attached Exhibit A, which identifies all factual predicates (i.e., alleged defects) and legal claims alleged in any individual economic loss complaints that are not included in the Second Amended Consolidated Complaint. This list is unchanged from that attached to Lead Counsel's June 12, 2015 submission (14-MD-2543 Docket No. 1039). As a clarification to counsel who objected to

Lead Counsel's report, the attached Exhibit A identifies defects and claims alleged in the underlying complaints' class allegations, and is not limited to the named plaintiffs' vehicles.

Pursuant to Order Nos. 50 and 61, the claims of certain Plaintiffs included on the attached list — in particular, those whose economic loss claims and/or allegations were not already dismissed pursuant to Order No. 29 — will be dismissed without prejudice.  As with Order No. 61, Plaintiffs in underlying economic loss complaints have fourteen (14) days from entry of this Order to object to their inclusion on the attached Exhibit A.

SO ORDERED.

Dated:  June 29, 2015
        New York, New York

_____
JESSE M. FURMAN
United States District Judge

# Exhibit A

Case 1:14-cv-03592-MMF Document 39-1 Filed 06/29/15 Page 3 of 13

**List of Cases that Have Claims and Allegations Not Asserted in the Second Amended Consolidated Complaint**

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Alers v. Gen. Motors LLC | 1:15-cv-00179 | - | Breach of Contract; Breach of Express Warranty; Rescission | - |
| Andrews v. Gen. Motors LLC | 1:14-cv-05351 | Airbag Module Connectivity (2009–10 Pontiac Vibe: 14V168000) | - | The 2009–10 Pontiac Vibe is manufactured by New United Motor Manufacturing ("NUMMI"), a joint venture between Toyota and GM. |
| Arnold, et al. v. Gen. Motors LLC, et al. | 1:14-cv-05325 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Ashworth, et al. v. Gen. Motors LLC | 1:14-cv-04804 | Ignition Switch (2005–06 Pontiac G5) | Breach of Contract; Breach of Express Warranty; Strict Liability (Cal.); Strict Liability (Ga.); Negligence (Cal.); Negligence (Ga.) | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Balls, et al. v. Gen. Motors LLC | 1:14-cv-04691 | - | Breach of Express Warranty (Utah) | - |
| Belt v. Gen. Motors LLC, et al. | 1:14-cv-08883 | - | Breach of Contract (W.Va.); Breach of Express Warranty (W. Va.); Negligence (W. Va.) | - |
| Bender v. Gen. Motors LLC | 1:14-cv-04768 | Ignition Switch Defect (2005 Chevrolet TrailBlazer; 2006 Chevrolet Equinox) | Breach of Express Warranty (Ind.); Breach of Contract; Design Defect (Ind.) | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2005 Chevrolet Trailblazer or the 2006 Chevrolet Equinox. |
| Biggs v. Gen. Motors LLC, et al. | 1:14-cv-05358 | - | Declaratory Judgment Act | - |
| Bledsoe, et al. v. Gen. Motors LLC | 1:14-cv-07631 | Aftermarket Ignition Switch Defect (14E0210000) | Civil Conspiracy | The Aftermarket Replacement Ignition Switches subject to recall no. 14E-021 are manufactured by UCI-FRAM Group. |
| Bloom v. Gen. Motors LLC | 1:15-cv-01128 | - | Lemon Law (Pa.); Breach of Express Warranty | - |
| Brandt, et al. v. Gen. Motors LLC | 1:14-cv-04340 | - | Breach of Implied Contract | - |
| Brown, et al. v. Gen. Motors LLC | 1:14-cv-04715 | - | Design Defect | - |

787526_1.XLSX

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Burton v. Gen. Motors LLC, et al. | 1:14-cv-04771 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Camlan, Inc. et al. v. Gen. Motors LLC | 1:14-cv-04741 | Ignition Switch (2005–06, 2011 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06, 2011. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Childre v. Gen. Motors LLC, et al. | 1:14-cv-05332 | Ignition Switch (2005–06 Pontiac G5) | Redhibition (La.) | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Coleman v. Gen. Motors LLC | 1:14-cv-04731 | Ignition Switch (2005–06 Pontiac G5) | Redhibition (La.) | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Corbett, et al. v. Gen. Motors LLC | 1:14-cv-05754 | Ignition Switch Defect (2005 Chevrolet TrailBlazer; 2006 Chevrolet Equinox) | Breach of Express Warranty; Negligent Misrepresentation | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2005 Chevrolet Trailblazer or the 2006 Chevrolet Equinox. |
| Cox v. Gen. Motors LLC, et al. | 1:14-cv-04701 | - | Breach of Express Warranty | - |
| DeLuco v. Gen. Motors LLC | 2:14-cv-02713 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| DePalma, et al. v. Gen. Motors LLC, et al. | 1:14-cv-05501 | - | Declaratory Judgment Act; Breach of Express Warranty | - |
| DeSutter, et al v. Gen. Motors LLC | 1:14-cv-04685 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |

787526_1.XLSX

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Dinco, et al. v. Gen. Motors LLC | 1:14-cv-04727 | - | Tortious Interference | - |
| Ditcharo v. Gen. Motors LLC, et al. | 1:15-cv-01514 | - | Redhibition (La.) | - |
| Duarte v. Gen. Motors LLC, et al. | 1:14-cv-04667 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Edwards, et al. (Cynthia) v. Gen. Motors LLC, et al. | 1:14-cv-04684 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Elliott (Colin) v. Gen. Motors LLC, et al. | 1:14-cv-05323 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Elliott (Lawrence), et al. v. Gen. Motors LLC | 1:14-cv-08382 | - | Negligent Infliction of Emotional Distress; Civil Conspiracy | - |
| Emerson, et al. v. Gen. Motors LLC, et al. | 1:14-cv-04650 | Ignition Switch (2005–06 Pontiac G5) | Breach of Contract; Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Espineira v. Gen. Motors LLC, et al. | 1:14-cv-04637 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Favro v. Gen. Motors LLC, et al. | 1:14-cv-04752 | - | Breach of Express Warranty | - |
| Forbes v. Gen. Motors LLC | 1:14-cv-04798 | Ignition Switch (2003–2006 Pontiac G5) | - | The Pontiac G5 was not manufactured in 2003, and was not sold in the United States in the model years 2004–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Foster v. Gen. Motors LLC, et al. | 1:14-cv-04775 | Ignition Switch (2005–06 Pontiac G5) | Tortious Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Frank v. Gen. Motors LLC | 1:15-cv-00263 | - | Negligent Omission | - |
| Fugate v. Gen. Motors LLC | 1:14-cv-04714 | Ignition Switch (2005 Chevrolet TrailBlazer; 2006 Chevrolet Equinox) | Breach of Contract; Breach of Express Warranty | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2005 Chevrolet Trailblazer or the 2006 Chevrolet Equinox. |
| Gebremariam v. Gen. Motors LLC | 1:14-cv-08886 | Ignition Switch (2009–14 Chevrolet Cruze; 2007–09 Cadillac SRX; 2005–09 Saab 9-7x; 2006–12 Chrevrolet Malibu; 2007–10 Saturn Aura) | Breach of Express Warranty | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2009–14 Chevrolet Cruze; 2007–09 Cadillac SRX; 2005–09 Saab 9-7x; 2006–12 Chrevrolet Malibu; or 2007–10 Saturn Aura. |
| Groman v. Gen. Motors LLC | 2:14-cv-02458 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Grumet, et al. v. Gen. Motors LLC | 1:14-cv-04690 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Harris, et al. v. Gen. Motors LLC, et al. | 1:14-cv-04672 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Henry, et al. v. Gen. Motors LLC, et al. | 1:14-cv-04811 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |

**List of Cases that Have Claims and Allegations Not Asserted in the Second Amended Consolidated Complaint**

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Heuler v. Gen. Motors LLC | 1:14-cv-04345 | Ignition Switch (2003–2006, 2011 Pontiac G5) | - | The Pontiac G5 was not manufactured in 2003, and was not sold in the United States in the model years 2004–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Higginbotham v. Gen. Motors LLC et al. | 1:14-cv-04759 | Ignition Switch (2006 Pontiac G5) | - | The 2006 Pontiac G5 was not sold in the United States. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Holliday, et al. v. Gen. Motors LLC, et al. | 1:14-cv-05506 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Ibanez, et al. v. Gen. Motors LLC | 1:14-cv-05880 | Ignition Switch (2004–05 Buick Regal; 2008 Chevrolet Monte Carlo; 2004–05 Cadillac DTS) | - | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2004–05 Buick Regal; 2008 Chevrolet Monte Carlo; or 2004–05 Cadillac DTS. |
| Jones (Daniela) v. Gen. Motors LLC | 1:14-cv-05850 | - | Tortious Interference | - |
| Jones (Peggy Sue) v. Gen. Motors LLC | 1:14-cv-04350 | Ignition Switch (2005–06 Pontiac G5) | Breach of Contract; Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Kelley, et. al. v. Gen. Motors Co., et al. | 1:14-cv-04272 | - | Cal. Secret Warranty Law | - |
| Knetzke v. Gen. Motors LLC, et al. | 1:14-cv-04641 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Kosovec v. Gen. Motors LLC, et al. | 1:14-cv-06830 | Ignition Switch (2010–2014 Chevrolet Camaro; 2004–05 Cadillac DTS; 2004–05 Buick Regal; 2008 Chevrolet Monte Carlo) | - | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2010–2014 Chevrolet Camaro; 2004–05 Cadillac DTS; 2004–05 Buick Regal; 2008 Chevrolet Monte Carlo. |

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Krause v. Gen. Motors LLC | 1:14-cv-07977 | Fuel System Regulator/Pump (2009 Chevrolet Cobalt) | Breach of Contract; Breach of Express Warranty | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the fuel system regulator for the 2009 Cobalt. |
| Leval v. Gen. Motors LLC | 1:14-cv-04802 | Ignition Switch (2005–06 Pontiac G5) | Redhibition (La.) | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Lewis v. Gen. Motors LLC, et al. | 1:14-cv-04720 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Maciel, et al. v. Gen. Motors LLC | 1:14-cv-04339 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Malaga, et al. v. Gen. Motors LLC | 1:14-cv-04738 | Ignition Switch (2005–06, 2011 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06, or 2011. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Markle v. Gen. Motors LLC et al. | 1:14-cv-04662 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Mazzocchi v. Gen. Motors LLC, et al. | 1:14-cv-02714 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| McCarthy v. Gen. Motors LLC, et al. | 1:14-cv-04758 | Ignition Switch (2005–06 Pontiac G5) | Redhibition (La.) | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Mullins v. Gen. Motors LLC | 1:14-cv-08885 | - | Breach of Contract; Breach of Express Warranty | - |

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Nettleton Auto Sales, Inc. v. Gen. Motors LLC et al. | 1:14-cv-04760 | Ignition Switch (2006 Pontiac G5) | - | The 2006 Pontiac G5 was not sold in the United States. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Phillip, et al. v. Gen. Motors LLC | 1:14-cv-04630 | Ignition Switch (2005–06, 2011 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06, or 2011. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Ponce v. Gen. Motors LLC, et al. | 1:14-cv-04265 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Powell (Amy) v. Gen. Motors LLC | 1:14-cv-04778 | Ignition Switch Defect (2005 Chevrolet TrailBlazer; 2006 Chevrolet Equinox) | Breach of Express Warranty; Breach of Contract; Design Defect | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2005 Chevrolet Trailblazer or the 2006 Chevrolet Equinox. |
| Precht v. Gen. Motors LLC | 1:15-cv-00264 | - | Breach of Express Warranty | - |
| Ramirez, et al. v. Gen. Motors LLC, et al. | 1:14-cv-04267 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty; Miss. Products Liability | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Ratzlaff, et al. v. Gen. Motors LLC | 1:14-cv-04346 | Ignition Switch Defect (2005 Chevrolet TrailBlazer; 2006 Chevrolet Equinox) | - | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2005 Chevrolet Trailblazer or the 2006 Chevrolet Equinox. |
| Rollins, et al. v. Gen. Motors LLC, et al. | 1:14-cv-07242 | Ignition Switch (2005 Pontiac G5) | - | The 2005 Pontiac G5 was not sold in the United States. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the 2005 Pontiac Solstice, the American counterpart to the Pontiac G5. |

787526_1.XLSX

**List of Cases that Have Claims and Allegations Not Asserted in the Second Amended Consolidated Complaint**

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Ross (Janice), et al. v. Gen. Motors LLC, et al. | 1:14-cv-04756 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Ross (William) v. Gen. Motors LLC, et al. | 1:14-cv-05503 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Roush, et al. v. Gen. Motors LLC | 1:14-cv-04704 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Ruff, et al. v. Gen. Motors LLC, et al. | 1:14-cv-04764 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Saclo, et al. v. Gen. Motors LLC, et al. | 1:14-cv-04751 | Ignition Switch (2005–06 Pontiac G5) | Negligent Misrepresentation | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Salazar v. Gen. Motors LLC, et al. | 1:14-cv-04859 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Salerno v. Gen. Motors LLC, et al. | 1:14-cv-04799 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Santiago (Maria) v. Gen. Motors LLC | 1:14-cv-04632 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Satele, et al. v. Gen. Motors LLC | 1:14-cv-04273 | Ignition Switch (2005–06, 2011 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06, 2011. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Sesay, et al. v. Gen. Motors LLC, et al. | 1:14-cv-06018 | Ignition Switch (2005–06 Pontiac Pursuit; 2004–05 Buick Regal; 2006–13 Chevrolet Impala; 2008 Chevrolet Monte Carlo; 2004–05 Cadillac DTS) | Negligent Infliction of Economic Loss and Increased Risk; Civil Conspiracy | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2004–05 Buick Regal; 2006–13 Chevrolet Impala; 2008 Chevrolet Monte Carlo; or the 2004–05 Cadillac DTS. |
| Shollenberger v. Gen. Motors LLC | 1:14-cv-04338 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Silvas, et al. v. Gen. Motors LLC | 1:14-cv-04342 | Ignition Switch (2005–06 Pontiac Pursuit) | Intentional Infliction of Emotional Distress | The Pontiac Pursuit was not sold in the United States in the model years 2005–06. |
| Skillman v. Gen. Motors LLC, et al. | 1:14-cv-03326 | - | Declaratory Judgment Act | - |
| Smith (Vickie) v. Gen. Motors LLC, et al. | 1:14-cv-05338 | Ignition Switch (2005–06 Pontiac G5) | Negligent Misrepresentation | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Spangler v. Gen. Motors LLC | 1:14-cv-04755 | Ignition Switch (2005–06 Pontiac G5) | Breach of Express Warranty | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Stafford v. Gen. Motors LLC | 1:14-cv-04808 | Ignition Switch Defect (2005 Chevrolet TrailBlazer; 2006 Chevrolet Equinox) | Design Defect | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the ignition switch of the 2005 Chevrolet Trailblazer or the 2006 Chevrolet Equinox. |
| Stafford-Chapman v. Gen. Motors LLC, et al. | 1:14-cv-05345 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |

**List of Cases that Have Claims and Allegations Not Asserted in the Second Amended Consolidated Complaint**

| Case Name | MDL Case No. | Defects Not Alleged in SACC | Claims Not Alleged in SACC | Plaintiffs' Annotations |
|---|---|---|---|---|
| Stevenson v. Gen. Motors LLC | 1:14-cv-05137 | - | Tortious Interference | - |
| Turpyn, et al. v. Gen. Motors LLC, et al. | 1:14-cv-05328 | Ignition Switch (2006 Pontiac G5; 2005–09 Buick Allure; 2004–05 Buick Regal; 2004–05 Cadillac DTS; 2008 Chevrolet Monte Carlo; 2007–09 Daewoo G2x; 2007–10 Opal GT; 2005–07 Pontiac Pursuit 2007–10 Vauxhall GT) | Strict Liability; Breach of Express Warranty | The Second Amended Complaint does not allege a defect in the ignition switch of the 2005–09 Buick Allure; 2004–05 Buick Regal; 2004–05 Cadillac DTS; or 2008 Chevrolet Monte Carlo. The 2006 Pontiac G5; 2007–09 Daewoo G2x; 2007-10 Opal GT; 2005–07 Pontiac Pursuit; and 2007–10 Vauxhall GT were not sold in the United States. |
| Williams (Wendy) v. Gen. Motors LLC | 1:14-cv-07979 | - | Redhibition (La.); La. Products Liability | - |
| Witherspoon v. Gen. Motors LLC, et al. | 1:14-cv-04702 | Ignition Switch (2005–06 Pontiac G5) | - | The Pontiac G5 was not sold in the United States in the model years 2005–06. The Second Amended Consolidated Complaint alleges defects in the ignition switch of the Pontiac Solstice, the American counterpart to the Pontiac G5. |
| Yagman v. Gen. Motors Co., et al. | 1:14-cv-09058 | Electronic Control Module (2006–11 Buick Lucerne) Secondary Air Valve (2006–11 Buick Lucerne) Coolant Sensor (2006–11 Buick Lucerne) | Intentional Infliction of Emotional Distress; Negligent Infliction of Emotional Distress | The Second Amended Consolidated Complaint alleges brand-wide diminution of all GM vehicles, but does not allege a defect in the Electronic Control Module, Secondary Air Valve, or the Coolant Sensor of the 2006–11 Buick Lucerne. |